## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF NEW YORK

GIOVANNI FAJARDO MORENO,

Plaintiff,

v.

UNITED AIRLINES, INC.,

Defendant.

**Docket No.**

**State Index No.: 711121/2023**

### NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:

Defendant UNITED AIRLINES, INC., ("United"), by and through its attorneys KMA ZUCKERT LLC, hereby files this Notice of Removal of the above-entitled action to the United States District Court, Eastern District of New York from the Supreme Court of New York, Queens County (Index No. 711121/2023) where the action is now pending, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and respectfully states:

1.      Plaintiff, GIOVANNI FAJARDO MORENO (hereinafter "Plaintiff") commenced the above-entitled action in the Supreme Court of New York, Queens County, bearing the same caption as above stated, under Index Number 711121/2023 on or about May 30, 2023.  No further proceedings have been had in that action. A copy of the Summons and Complaint is attached to this Notice as **Exhibit A.**

2.      Process was served upon United on June 14, 2023, as indicated in the Process Server Delivery Details, which is attached hereto as **Exhibit B**.

3.      Plaintiff alleges damages to the infant plaintiff's middle finger that were "severe, permanent personal injuries, pain, suffering, loss of enjoyment of life, economic and pecuniary

damages, and to incur expenses for medical, hospital and rehabilitative treatment" (Exhibit A, Complaint, ¶ 8) related to an incident on or about May 4, 2022 while travelling on United Airlines flight UA 2226 from Orlando Airport, Florida to Newark Airport in New Jersey (Exhibit A, Complaint, ¶ 4).

4.      The United States District Court for the Eastern District of New York has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), and this action may be removed by United pursuant to the provisions of 28 U.S.C. § 1441(a) because it is a civil action wherein: (1) complete diversity of citizenship exists among the parties; and (2) the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

5.      There is complete diversity of citizenship between Plaintiff and United in this action as follows:

      a.   Plaintiff was at the time this action was commenced, and remains, a resident of Queens, New York. (Exhibit A, Complaint, ¶ 1).

      b.   United is currently and was at the time the State court action was commenced a corporation incorporated under the laws of the State of Delaware, with its principal place of business in the State of Illinois located at 233 S. Wacker Drive, Chicago, Illinois.

6.      The Complaint alleges that Plaintiff's damages are permanent and will "cause future pain, suffering, disability, loss of enjoyment of life, economic and pecuniary damages." (Exhibit A, Complaint, ¶ 8). Further, upon information and belief, Plaintiff allegedly underwent surgery to his dominant hand as a result of the subject incident. While the Complaint itself did not set forth a specific amount of damages other than a generic "all damages permitted by law", which is permissible under the NY rules of civil procedure, on August 29, 2023 in response to

Defendant's request to quantify the amount of damages that Plaintiff seeks, Plaintiff set forth that Plaintiff's alleged damages are in the amount of $750,000. Thus, the amount in controversy would exceed the sum of $75,000.00, exclusive of interests and costs, and thus satisfies the jurisdictional threshold for removal based on diversity of citizenship.

7.      Service of Plaintiff's Summons and Complaint occurred on June 14, 2023, but that initial pleading did not set forth the amount in controversy.  However, Plaintiff thereafter on August 29, 2023 issued their written demand by which they indicated that their damages amount to $750,000.  August 29, 2023 accordingly was the date of United's first notice that the case is one which is or has become removable pursuant to 28 U.S.C. § 1332 and 1446(b)(3). This Notice of Removal is being timely filed within thirty (30) days after receipt of such "other paper" document and is, accordingly, timely under 28 U.S.C. § 1446(b)(3).

8.      Based upon the foregoing, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 in that complete diversity of citizenship exists and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

9.      United will provide written notice of the filing of this Notice of Removal, as required by 28 U.S.C. § 1446(d), to Plaintiff via the New York State Electronic Case Filing System, as well as directly via the email designated by Plaintiff's counsel.

10.      A copy of this notice will be filed with the Queens County Clerk, as required by 28 U.S.C. § 1446(d), also via the New York Court Electronic Case Filing System.

11.      No previous application for the relief sought herein has been made to this or any other Court.

**WHEREFORE**, United requests that this action proceed in this Court pursuant to its removal jurisdiction, 28 U.S.C. § 1441 *et seq.*

Dated: New York, New York
       August 31, 2023

                         Respectfully submitted,

                         **KMA ZUCKERT LLC**
                         *Attorneys for Defendant United Airlines, Inc.*

             By:  /s/ *Nicholas E. Pantelopoulos*
                         Nicholas E. Pantelopoulos
                         Sarah Rocco
                         1350 Broadway, Suite 2410
                         New York, New York 10018
                         T: (212) 922-0450 F: (212) 922-0530
                         Email : NEP@kmazuckert.com

## <u>AFFIRMATION OF SERVICE</u>

I hereby affirm under penalty of perjury that on this 31st day of August 2023, I electronically filed the foregoing document with the Clerk of Court for the Eastern District of New York via the Court's CM/ECF/ I also certify that the foregoing document is being served this day upon:

       Meryl I. Schwartz
       Jonathan C. Reiter Law Firm, PLLC
       350 Fifth Avenue, Suite 6400
       New York, New York 10118
       (212) 736-0979
       mschwartz@jcreiterlaw.com

       *Attorneys for Plaintiff*

Via e-mail.

Dated: New York, New York               /s/ *Nicholas E. Pantelopoulos*
       August 31, 2023                  Nicholas E. Pantelopoulos