# EXHIBIT A

Case 6:23-cv-02280-CEM-DCI   Document 1-1   Filed 08/31/23   Page 1 of 9 PageID 5



**CT Corporation**
**Service of Process Notification**
06/14/2023
CT Log Number 544066436

## Service of Process Transmittal Summary

**TO:** Maria Bustamante, Paralegal-Litigation
United Airlines, Inc.
609 MAIN STREET, 16TH FLOOR/HSCPZ
HOUSTON, TX 77002-3167

**RE:** **Process Served in New York**

**FOR:** United Airlines, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: GIOVANNI FAJARDO MORENO // To: United Airlines, Inc. |
| **CASE #:** | 7111212023 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, New York, NY |
| **DATE/METHOD OF SERVICE:** | By Process Server on 06/14/2023 at 13:35 |
| **JURISDICTION SERVED:** | New York |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Tom Campuzano  thomas.d.campuzano@united.com |
| | Email Notification,  Maria Bustamante  maria.bustamante@united.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
28 Liberty Street
New York, NY 10005
866-331-2303
CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Jun 14, 2023
**Server Name:** dondre dennis

| Entity Served | UNITED AIRLINES, INC. |
|---|---|
| Case Number | 7111212023 |
| Jurisdiction | NY |

| Inserts | | |
|---|---|---|
| | | |



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF <u>QUEENS</u>
-----------------------------------------------------------------x
GIOVANNI FAJARDO MORENO,

                              Plaintiff/Petitioner,

            - against -                         Index No. <u>711121/2023</u>

UNITED AIRLINES, INC.

                            Defendant/Respondent.
-----------------------------------------------------------------x

## NOTICE OF COMMENCEMENT OF ACTION
## SUBJECT TO MANDATORY ELECTRONIC FILING

    PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by filing of the accompanying documents with the County Clerk, is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts. This notice is being served as required by Subdivision (b) (3) of that Section.

    The New York State Courts Electronic Filing System ("NYSCEF") is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and self-represented parties. Counsel and/or parties who do not notify the court of a claimed exemption (see below) as required by Section 202.5-bb(e) must immediately record their representation within the e-filed matter on the Consent page in NYSCEF. Failure to do so may result in an inability to receive electronic notice of document filings.

    Exemptions from mandatory e-filing are limited to: 1) attorneys who certify in good faith that they lack the computer equipment and (along with all employees) the requisite knowledge to comply; and 2) self-represented parties who choose not to participate in e-filing. For additional information about electronic filing, including access to Section 202.5-bb, consult the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center at 646-386-3033 or efile@courts.state.ny.us.

Dated: <u>05-30-2023</u>

_____ (Signature)
Meryl I. Schwartz
_____ (Name)
Jonathan C. Reiter Law Firm
_____ (Firm Name)

<u>350 Fifth Ave, STE 6400</u> (Address)
New York, New York 10118
_____

<u>212-736-0979</u> (Phone)

info@jcreiterlaw.com (E-Mail)

To:  <u>United Airlines, Inc. CT Corporation System, 28 Liberty Street, New York, New York 10005</u>

NYSCEF DOC. NO. 1                                                               RECEIVED NYSCEF: 05/30/202

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
---------------------------------------------------------------X
GIOVANNI FAJARDO MORENO,                          Index No.

                Plaintiffs,                    SUMMONS

   -against-

UNITED AIRLINES, INC.,

                Defendant.
---------------------------------------------------------------X

To the above-named defendant(s)

    YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer on the Plaintiff's Attorney within 20 days after the service of this summons, exclusive of the day of service, or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York and in case of your failure to appear or answer, judgment will be taken by default for the relief demanded in the complaint. Plaintiff designates Queens County as the place of trial. The basis of venue is plaintiff's residence at 69-01 35th Avenue, Woodside, New York 11377.

<u>Defendants' address(es)</u>
United Airlines, Inc., CT Corporation System, 28 Liberty Street, New York, New York 10005

                              JONATHAN C. REITER LAW FIRM, PLLC

                              By: _____
                                MERYL I. SCHWARTZ, ESQ.
                                Attorney for Plaintiff(s)
                                350 Fifth Avenue, Suite 6400
                                New York, New York 10118

NYSCEF DOC. NO. 1

RECEIVED NYSCEF: 05/30/202.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------X
GIOVANNI FAJARDO MORENO,                    Index No.

                Plaintiffs,                    **VERIFIED COMPLAINT**

   -against-

UNITED AIRLINES, INC.,

                Defendant.
-------------------------------------------------------------X

      Plaintiff, by his attorneys, JONATHAN C. REITER LAW FIRM, PLLC complaining of the defendant respectfully allege upon information and belief as follows:

### AS AND FOR A FIRST CAUSE OF ACTION

1. Plaintiff, GIOVANNI FAJARDO MORENO, is a resident of the State of New York, City of New York, County of Queens.

2. Upon information and belief, the defendant, UNITED AIRLINES, INC. ("UNITED") was and still is a foreign corporation organized and existing under the laws of the State of Delaware having its principal place of business at 233 S. Wacker Drive, 14th Floor, WHQCT, Chicago, Illinois 60606.

3. At all times hereinafter mentioned and at the time of the occurrences herein, the defendant, UNITED was authorized to do business in New York, and was in fact doing business in New York.

4. On May 4, 2022, the plaintiff was a fare-paying passenger aboard UNITED Flight 2226 (the "flight") that departed from Orlando Airport at approximately 8:19 pm (ET) and arrived at Newark Airport at approximately 10:59 pm.

5. The plaintiff, was assigned middle seat 29E.

1

6. Prior to take off, while plaintiff was stowing his luggage in the overhead compartment, a UNITED employee, servant and/or agent, closed the compartment on the plaintiff's left hand, including but not limited to his left middle finger.

7. That defendant UNITED, its agents, servants and employees were careless, reckless and negligent in causing and permitting an injury to plaintiff's left hand including but not limited to his left middle finger when they closed the overhead on his left hand including but not limited to his left middle finger; in failing to observe plaintiff's hand/finger was in the overhead; in failing to see what could be seen; in failing to exercise proper care and supervision; in being responsible under the doctrine of *respondeat superior* for the negligent acts and omissions of its employees and agents and in otherwise being careless, reckless and negligent.

8. That by reason of the foregoing, the infant plaintiff, GIOVANNI FAJARDO MORENO, was caused to sustain severe, permanent personal injuries, pain, suffering, loss of enjoyment of life, economic and pecuniary damages, and to incur expenses for medical, hospital and rehabilitative treatment. Upon information and belief, the plaintiff's injuries are permanent and will cause future pain, suffering, disability, loss of enjoyment of life, economic and pecuniary damages.

9. That by reason of the foregoing, the infant plaintiff demands all damages permitted by law.

**WHEREFORE**, plaintiff GIOVANNO FAJARDO MORENO demands judgment against defendant UNITED AIRLINES, INC. for all damages permitted by law in an amount that exceeds the jurisdiction of all lower courts, together with interest, costs and disbursements.

JONATHAN C. REITER LAW FIRM, PLLC

By: _____
MERYL I. SCHWARTZ
Attorney for Plaintiffs
350 Fifth Avenue, Suite 6400
New York, New York 10118
212-736-0979

3

## ATTORNEY'S VERIFICATION

STATE OF NEW YORK   }
                                    ss:
COUNTY OF NEW YORK   }

     MERYL I. SCHWARTZ, an attorney duly admitted to practice in the Courts of the State of New York, state that I am the attorney for the plaintiff herein.

     I have read the foregoing COMPLAINT and know the contents thereof; the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true.

     The reason this verification is made by me and not by plaintiff is that plaintiff resides in a county other than the one in which affirmant has his office.

     The grounds of my belief as to all matters not stated upon my own knowledge are as follows: communications and correspondence had with plaintiff and other documents relating thereto which are in affirmant's possession.

     I affirm that the foregoing statements are true, under the penalties of perjury.

Dated: New York, New York
       May 30, 2023

                                              MERYL I. SCHWARTZ, ESQ.