# EXHIBIT B

Form 27 - AFFIDAVIT OF SERVICE

P9393935

**JONATHAN C. REITER**
SUPREME COURT QUEENS COUNTY STATE OF NEW YORK

GIOVANNI FAJARDO MORENO
                                            - vs -      PLAINTIFF

UNITED AIRLINES, INC.
                                                         DEFENDANT

Index No. **711121/2023**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**    :SS:

**DONDRE DENNIS** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **14TH** day of **JUNE, 2023 1:30PM** at
**C/O C.T. CORPORATION SYSTEM
28 LIBERTY STREET
NEW YORK NY 10005**
I served a true copy of the **ATTORNEY'S VERIFICATION, NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING SUPREME COURT CASES, SUMMONS AND VERIFIED COMPLAINT** upon **UNITED AIRLINES, INC.** the **DEFENDANT** therein named by delivering to, and leaving personally with **Carlos Bobe, INTAKE SPECIALIST,** who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**     COLOR: **TAN**     HAIR: **BLACK**
APP.AGE: **45-55** APP. HT: **5'3** APP. WT: **230**
OTHER IDENTIFYING FEATURES

Sworn to before me this
19TH day of JUNE, 2023

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

DONDRE DENNIS 2082979
Lexitas
12_ BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-JCR-9393935

2a

1 of 1