| FA IOR-343808 | Created on Mar 19, 2023 1:11 PM |
|---|---|

| Incident Information | Incident Review | ERC Review | All Tabs |

### Incident Information

**Number**
FA IOR-343808

**Report Status**

If you have an additional question or correction for your report, please click the feedback button to leave a message with those reviewing your report.

**Comments or Questions**

**The current status of your report**
Your report has been processed. Additional updates to this report are not expected though issues you raised may still be under review.

**Generate PDF**

This report is currently scheduled for permanent de-identification on 18 Mar 2026

To create a PDF copy of this report for printing or saving to your personal records, click the Generate PDF button.

☑ **Is Excluded in Event Reporting**

**Link to Parent**

**Other Links**

**Hide Redacted**

### Employee Information

| **Name** | **Employee #** | **Title** | **Base** | **Department** |
|---|---|---|---|---|
| Catalano, Meena | u159938 | Flight Attendant - Domestic | EWR | EWRSW |

| **Date & Time** | **Email Address** | **Confirm Email Address** |
|---|---|---|
| Mar 19, 2023 1:11 PM | | |

**Show Redacted Data**
⦿ Yes   ◯ No

### Flight Information

| **Aircraft Type** | | **Nose Number** | |
|---|---|---|---|
| 78P | | | |

| **Carrier Code** | **Flight Number** | **GMT Scheduled Date (ex: 1/31/2012)** |
|---|---|---|
| UA | 82 | Mar 17, 2023 |

| **Departure Airport** | **Destination Airport** | **Diverted Airport** |
|---|---|---|
| EWR | DEL | |

**Important note!**
The time field popups do not work with non-approved browsers. Please enter times directly in these fields such as "13:00" or "1:00 PM".

| UTC Out (ex: 13:00) | UTC Off (ex: 13:00) | UTC On (ex: 13:00) | UTC In (ex: 13:00) |
|---|---|---|---|
| 12:52 AM | 1:20 AM | 10:32 AM | 10:44 AM |

| Depart Gate | Depart Area | Depart Dispatcher | Mean Service Time |
|---|---|---|---|
| C121 | CHI | 60 | 140 |

| Arrive Gate | Arrival Area | Arrival Dispatcher | Additional Links |
|---|---|---|---|
| 03 | CHI | 60 | Dispatch View |

## Crew Information

| Employee # | Trip Id | Trip Date | Base | Position | First Name | Last Name | DH? |
|---|---|---|---|---|---|---|---|
| U229558 | E5176 | 2023-03-17T00:00:00 | EWR | FM01 | TRACY | HENDRICKS | 0 |
| U256375 | E5176 | 2023-03-17T00:00:00 | EWR | FA04 | KIMBERLY A | PICCININI | 0 |
| U044799 | E5176 | 2023-03-17T00:00:00 | EWR | FA01 | JANET | SPAGNOLA | 0 |
| U183838 | E5176 | 2023-03-17T00:00:00 | EWR | FA02 | LAURA | ASHTON | 0 |
| U044753 | E5176 | 2023-03-17T00:00:00 | EWR | FA03 | VINCENNE | DE PASQUAL | 0 |
| U048709 | E6481 | 2023-03-17T00:00:00 | EWR | FA01 | DEBORAH | PETERSON | 0 |
| U233985 | E6546 | 2023-03-17T00:00:00 | EWR | FA01 | NESTER | REID | 0 |
| U243451 | E6622 | 2023-03-17T00:00:00 | EWR | FA01 | IGOR | ELISEENKO | 0 |
| U177639 | E6H06 | 2023-03-17T00:00:00 | EWR | FA01 | LANCE | MCLEOD | 0 |
| U159938 | E7142 | 2023-03-17T00:00:00 | EWR | LS01 | MEENA | CATALANO | 0 |
| U302907 | E7D15 | 2023-03-17T00:00:00 | EWR | LS01 | AJIT | JOHAR | 0 |
| U221903 | E8046 | 2023-03-17T00:00:00 | EWR | CA01 | KENNETH | CASTLE | 0 |
| U234030 | E8046 | 2023-03-17T00:00:00 | EWR | FO01 | CRAIG | WONG | 0 |
| U365804 | E8529 | 2023-03-17T00:00:00 | EWR | FO01 | BRIAN | WHITLOCK | 0 |
| U084804 | E8905 | 2023-03-17T00:00:00 | EWR | CA01 | LESTER | TOM | 0 |

## Conditions

**Hours Awake Prior to Event**
7 hours

**Hours on Duty Prior to Event** *
19 hours

**Phase of Operation** *
Landing and Taxi

**Duties at Time of Event**
Working Crew – Non-IP/P/LQ

**Assigned Jumpseat**
3R

**Copy to AFA?** *
◉ Yes  ○ No

**Taxonomies from Linked Reports**

FA IOR-343665 Language Qualified (LQ): Event - Flight Attendant Cart Safety
FA IOR-343665 Language Qualified (LQ): Event - Flight Attendants
FA IOR-343665 Language Qualified (LQ): Event - Injury
FA IOR-343665 Language Qualified (LQ): Event - Injury Cart Related
FA IOR-343665 Language Qualified (LQ): Event - Injury Struck By
FA IOR-343665 Language Qualified (LQ): Event - Passenger
FA IOR-343665 Language Qualified (LQ): Event - Passenger Injury
FA IOR-343808 Working Crew – Non-IP/P/LQ: Event - Flight Attendant Cart Safety; Risk 1C (18)
FA IOR-343808 Working Crew – Non-IP/P/LQ: Event - Flight Attendants; Risk 0E (21)
FA IOR-343808 Working Crew – Non-IP/P/LQ: Event - Maintenance; Risk 1D (14)
FA IOR-343940 Purser (P): Event - Injury
FA IOR-343940 Purser (P): Event - Injury Cart Related
FA IOR-343940 Purser (P): Event - Passenger Injury
FA IOR-343941 Purser (P): Event - Injury
FA IOR-343941 Purser (P): Event - Injury Cart Related
FA IOR-343941 Purser (P): Event - Passenger Injury

**Events**

| Events |   |
|---|---|
| Flight Attendants | ✕ |
| Flight Attendants : Cart Safety | ✕ |
| Maintenance | ✕ |

Add Events

**Narrative**

Include as much information in the narrative as possible. You may also attach a document to this section. In that case please indicate here with "see attached" as this field is required to have at least some text in it.

Note: The analyst may edit the narrative slightly for security or readability reasons. A copy of the original narrative is always maintained in the tracking log.

**Subject (Keywords)** *

FA - Cart Safety - Maintenance, MX

**Narrative (remember to include detail on why the event occurred; the how and the why)** *

Loose cart in the Isle

On my flight UA82 as plane landed I saw galley cart from the most rear Coach section on left side trolled at the Speed of Light or like bullet train passed by 3Door left. Soon after few minutes I helped Fa Ajit Johar to bring the cart back in to the mid section of galley by door 3. After that I took my jump seat.

**To prevent the system logging out while you are writing your report, please click on Reset Timer before the countdown reaches 0. This will refresh the system and extend your time.**

19:20

**Do you have a suggested resolution to the event?**

Cart breaks should have maintenance check,

**Attachment**

Incident Review

## Human Factors (HFACS) Causing Incident

**HFACS**

Human Factors

**Explanation of Causes**

## Risk Assessment

New Risk Assessment

**Risk Assessment Links**

| Risk Rank | Risk Level | Color | Description |
|---|---|---|---|
| 14 | 1D | | Moderate Risk |

## Mail Activity (Program Manager View Only)

**Topic Study Links**

**Linked Injury Reports**

**Expected Redaction Date**
Mar 18, 2026

**Experience Group**
7. 17 or More Years

## Action Items

**Action Item**

**Action Item Link**

**FYI Notification**

**FYI Link**

**Comments**

**Attachments**

**Other Links** ⓘ

## Security

**Security Issues**

☐ LEO   ☐ TSA   ☐ SC   ☐ PAX   ☐ SB   ☐ RMC   ☐ UAL   ☐ RF   ☐ LYOVR   ☐ MISC   ☐ FFDO   ☐ N/A

**Security Comments**

**SSI**
☐

**ERC Review**

## Meeting Results

**Standard ERC Response**

**Mail links**