UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
GIOVANNI FAJARDO MORENO,　　　　　　2023 CIV 06539

            Plaintiff,　　　　　　　　NOTICE OF APPEARANCE

-against-

UNITED AIRLINES, INC.

            Defendant.
------------------------------------------------------X

S I R S/M E S D A M E S:

    PLEASE TAKE NOTICE that, MERYL I. SCHWARTZ of the JONATHAN C. REITER LAW FIRM, PLLC, hereby appears as counsel for the Plaintiff in the above-captioned action.

Dated: New York, New York
       September 7, 2023

                            JONATHAN C. REITER LAW FIRM, PLLC

                   By:  /s/ Meryl I. Schwartz
                          Meryl I. Schwartz, Esq.
                          Attorneys for Plaintiff
                          350 Fifth Avenue, Suite 6400
                          New York, New York 10118
                          (212) 736-0979
                          mschwartz@jcreiterlaw.com

TO:  KMA ZUCKERT, LLC
      *Attorneys for Defendant United Airlines, Inc.*
      1350 Broadway, Suite 2410
      New York, New York 10018
      (212) 922-0450
      nep@kmazuckert.com