UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GIOVANNI FAJARDO MORENO,                          2023 CIV 06539

              Plaintiff,                          JURY DEMAND

    -against-

UNITED AIRLINES, INC.

              Defendant.
-------------------------------------------------------X

      Plaintiff hereby demands trial by jury on all issues.

Dated: New York, New York
       September 7, 2023

                        JONATHAN C. REITER LAW FIRM, PLLC

                By:    /s/ Meryl I. Schwartz
                      Meryl I. Schwartz, Esq.
                      Attorneys for Plaintiff
                      350 Fifth Avenue, Suite 6400
                      New York, New York 10118
                      (212) 736-0979
                      mschwartz@jcreiterlaw.com

TO:   KMA ZUCKERT, LLC
       *Attorneys for Defendant United Airlines, Inc.*
       1350 Broadway, Suite 2410
       New York, New York 10018
       (212) 922-0450
       nep@kmazuckert.com