# JONATHAN C. REITER LAW FIRM, PLLC

EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 6400
NEW YORK, NEW YORK 10118
TEL: 212-736-0979
FAX: 212-268-5297
www.jcreiterlaw.com
email: info@jcreiterlaw.com

JONATHAN C. REITER

MERYL I. SCHWARTZ

OF COUNSEL
STEVEN B. EPSTEIN

November 6, 2023

VIA ECF

Hon. Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    RE: Giovanno Fajardo Moreno v. United Airlines, Inc.
    Case No.: 23 civ 06539(Env)(RER)

Honorable Judge Vitaliano:

    We represent the plaintiff in above referenced action. We are in receipt of defendant's request for a premotion conference and we have no objection to the same.

    In full disclosure to the Court, we have told the defendant that we would agree to a change the venue of the case to either the District Court in New Jersey (where the flight arrived and where defendant does business) or to District Court in Florida (where the flight originated from and where the defendant does business). The defendant would be subjection to jurisdiction in either of these. As of this time, they have not gotten back to me about this.

    We would welcome the opportunity to discuss this matter more fully with the Court, should the Court so desire. Thank you for your courtesy and consideration of this matter.

Respectfully,

*Meryl I. Schwartz*
Meryl I. Schwartz

cc:    Nicholas E. Pantelopoulos, Esq.
       Attorney for defendant
       Via ECF: nep@kmazuckert.com