## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GIOVANNI FAJARDO MORENO,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED AIRLINES, INC.,**<br><br>**Defendant.** | Civil Action No. 1:23-CV-06539<br><br><br><br>**ORDER** |

This matter having been brought to the Court upon the parties' Joint Motion to Transfer Plaintiff's Complaint to the U.S. District Court of the Middle District of Florida, Orlando Division ("Motion to Tranfer"), and the Court having considered the papers submitted by counsel, and upon all prior pleadings and proceedings herein, and for good cause shown

**IT IS**, on this _____ day of _____, 2023, **ORDERED** that:

1. The parties' Motion to Transfer (ECF ___) is **GRANTED**; and

2. Plaintiff's Complaint is hereby transferred to the U.S. District Court of the Middle District of Florida, Orlando Division.

Dated: _____ ___, 2023

s/_____
Hon. Eric N. Vitaliano
United States District Judge