UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GIOVANNI FAJARDO MORENO,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED AIRLINES, INC.,**<br><br>**Defendant.** | Civil Action No. 1:23-CV-06539<br><br><br><br>**ORDER** |

This matter having been brought to the Court upon the parties' Joint Motion to Transfer Plaintiff's Complaint to the U.S. District Court of the Middle District of Florida, Orlando Division ("Motion to Tranfer"), and the Court having considered the papers submitted by counsel, and upon all prior pleadings and proceedings herein, and for good cause shown

**IT IS**, on this _____ day of _____, 2023, **ORDERED** that:

1. The parties' Motion to Transfer (ECF ___) is **GRANTED**; and

2. Plaintiff's Complaint is hereby transferred to the U.S. District Court of the Middle District of Florida, Orlando Division.

Dated: _____ ___, 2023

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 11/20/2023

*/s/ Eric N. Vitaliano*
Eric N. Vitaliano
United States District Judge

*The Clerk of Court is respectfully directed to transfer and close this case for administrative purposes.*