# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:23−cv−06539−ENV−JAM

| | |
|---|---|
| Fajardo Moreno v. United Airlines, Inc | Date Filed: 08/31/2023 |
| Assigned to: Judge Eric N. Vitaliano | Date Terminated: 11/28/2023 |
| Referred to: Magistrate Judge Joseph A. Marutollo | Jury Demand: Plaintiff |
| Demand: $750,000 | Nature of Suit: 310 Airplane |
| Cause: 28:1332 Diversity−(Citizenship) | Jurisdiction: Diversity |

**Plaintiff**

**Giovanni Fajardo Moreno**     represented by   **Meryl Iris Schwartz**
Jonathan C. Reiter
350 Fifth Avenue
New York, NY 10118
212−736−0979
Fax: 212−268−5297
Email: mschwartz@jcreiterlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**United Airlines, Inc**     represented by   **Nicholas E. Pantelopoulos**
KMA Zuckert LLC
1350 Broadway
Ste 2410
New York, NY 10018
212−922−0450
Fax: 212−922−0530
Email: nep@kmazuckert.com
*ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2023 | Ï 1 | NOTICE OF REMOVAL by United Airlines, Inc from Supreme Court of the State of New York, case number 711121/2023. ( Filing fee $ 402 receipt number ANYEDC−17044344) (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Supplement, # 4 Civil Cover Sheet) (Pantelopoulos, Nicholas) (Entered: 08/31/2023) |
| 09/07/2023 | Ï 2 | ANSWER to Complaint by United Airlines, Inc. (Pantelopoulos, Nicholas) (Entered: 09/07/2023) |
| 09/08/2023 | Ï | Case Assigned to Judge Eric N. Vitaliano and Magistrate Judge Ramon E. Reyes, Jr. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (KD) (Entered: 09/08/2023) |
| 09/08/2023 | Ï 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to |

| | | |
|---|---|---|
| | | conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (KD) (Entered: 09/08/2023) |
| 09/08/2023 | Ï 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (KD) (Entered: 09/08/2023) |
| 09/08/2023 | Ï | This case has been opened in the Eastern District of New York. If you plan to continue representing your client(s), you must be admitted to practice before this court. You must do so by applying for Pro Hac Vice or permanent admission. To apply for Pro Hac Vice admission, you must first register for an ECF login and password. Please visit the Court's website at www.nyed.uscourts.gov/attorney−admissions for guidance. Once registered, you must electronically file a Motion to Appear Pro Hac Vice. You must pay the required pro hac vice fee online. (KD) (Entered: 09/08/2023) |
| 09/11/2023 | Ï 5 | NOTICE of Appearance by Meryl Iris Schwartz on behalf of Giovanni Fajardo Moreno (notification declined or already on case) (Schwartz, Meryl) (Entered: 09/11/2023) |
| 09/11/2023 | Ï 6 | DEMAND for Trial by Jury by Giovanni Fajardo Moreno (Schwartz, Meryl) (Entered: 09/11/2023) |
| 10/19/2023 | Ï 7 | Letter MOTION for pre motion conference *on Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(2)* by United Airlines, Inc. (Pantelopoulos, Nicholas) (Entered: 10/19/2023) |
| 10/30/2023 | Ï | ORDER. Plaintiff is directed to respond, pursuant to the Court's individual rules, to defendant's 7 motion for a pre−motion conference no later than November 6, 2023. Ordered by Judge Eric N. Vitaliano on 10/30/2023. (CC) (Entered: 10/30/2023) |
| 11/06/2023 | Ï 8 | Letter by Giovanni Fajardo Moreno (Reiter, Jonathan) (Entered: 11/06/2023) |
| 11/07/2023 | Ï | ORDER denying 7 Motion for Pre Motion Conference. Upon review of the parties' submissions at 7 and 8 , the Court concludes that a pre−motion conference is unnecessary. Defendant may proceed with its motion to dismiss. Alternatively, the parties may file a joint motion to transfer venue. The parties are directed to file either a joint proposed briefing schedule or joint motion to transfer venue no later than November 21, 2023. Ordered by Judge Eric N. Vitaliano on 11/7/2023. (CC) (Entered: 11/07/2023) |
| 11/13/2023 | Ï | Case Reassigned to Magistrate Judge Joseph A. Marutollo. Magistrate Judge Ramon E. Reyes, Jr no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (KA) (Entered: 11/13/2023) |
| 11/17/2023 | Ï 9 | Joint MOTION to Change Venue by United Airlines, Inc. (Attachments: # 1 Proposed Order Proposed Order) (Pantelopoulos, Nicholas) (Entered: 11/17/2023) |
| 11/20/2023 | Ï 10 | ORDER granting 9 Joint MOTION to Change Venue by United Airlines, Inc. So ordered by Judge Eric N. Vitaliano on 11/20/2023. (JP) (Entered: 11/20/2023) |
| 11/28/2023 | Ï | Case transferred to District of Florida, Orlando Division. Original file, certified copy of transfer order, and docket sheet sent. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** (JP) (Entered: 11/28/2023) |