# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

GIOVANNI FAJARDO MORENO,

    Plaintiff,

v.                                        Case No. 6:23-cv-2280-CEM-DCI

UNITED AIRLINES, INC.,

    Defendant.

_____

## NOTICE OF APPEARANCE

    The Law Firm of Searcy Denney Scarola Barnhart & Shipley, P.A., as counsel representing the Plaintiff, Giovanni Fajardo Moreno, hereby serves notice of its appearance in the above-referenced case. Henceforth send all future communications to:

    T. HARDEE BASS, III, ESQUIRE
    Searcy Denney Scarola Barnhart & Shipley, P.A.
    2139 Palm Beach Lakes Boulevard
    West Palm Beach, Florida 33409
    Phone: (561) 686-6300
    Fax: (561) 383-9448
    Email:  thb@SearcyLaw.com
            THBTeam@SearcyLaw.com

Fajardo, Giovanni vs. United Airlines
Case No.: 6:23-cv-2280-CEM-DCI
Notice of Appearance

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and sent via electronic filing using the CM/ECF system with the Clerk of the Court, which sends e-mail notification of such filing to all CM/ECF participants in this case, this 1st day of December, 2023.

/s/ T. Hardee Bass, III
T. Hardee Bass, III, Esquire
Florida Bar No.: 0011055
Attorney E-Mail: thb@searcylaw.com and
Primary E-Mail: thbteam@searcylaw.com
Searcy Denney Scarola Barnhart &
Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Phone: (561) 686-6300
Fax: (561) 383-9448
Attorneys for Plaintiff

Fajardo, Giovanni vs. United Airlines
Case No.: 6:23-cv-2280-CEM-DCI
Notice of Appearance

# **COUNSEL LIST**

Meryl I. Schwartz, Esquire
Jonathan C. Reither Law Firm, PLLC
350 Fifth Avenue, Suite 6400
New York, NY 20118
212-736-0979
mschwartz@jcreiterlaw.com

Nicholas E. Pantelopoulos, Esquire
Sara M. Rocco, Esquire
KMA Zuckert LLC
1350 Broadway, Suite 2410
New York, NY 10018
NEP@kmazuckert.com
  srocco@kmazuckert.com