UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GIOVANNI FAJARDO MORENO ,

    Plaintiff,

v.                                               Case No. 6:23-cv-2280-CEM-DCI

UNITED AIRLINES, INC.,

    Defendant.

_____

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒     **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

*Giovanni Fajardo Moreno v. United Airlines, Inc*. Supreme Court of the State of New York, County of Queens. Index No. 711121/2023. Filed May 30, 2023. (Removed to United States District Court for the Eastern District of New York)

*Giovanni Fajardo Moreno v. United Airlines, Inc*. United States District Court for the Eastern District of New York. Case No. 1:23-CV-06539-ENV-JAM. (Transferred to this Court)

/s/ T. Hardee Bass, III
_____

T. Hardee Bass, III, Esquire
Florida Bar No.: 0011055
Attorney E-Mail: thb@searcylaw.com and thbteam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Phone: (561) 686-6300
Fax: (561) 383-9448
Attorneys for Plaintiff

Fajardo, Giovanni vs. United Airlines
Case No.: 6:23-cv-2280-CEM-DCI
Notice of Pendency of Other Actions

## **COUNSEL LIST**

Meryl I. Schwartz, Esquire
Jonathan C. Reither Law Firm, PLLC
350 Fifth Avenue, Suite 6400
New York, NY 20118
212-736-0979
[mschwartz@jcreiterlaw.com](mailto:mschwartz@jcreiterlaw.com)

Nicholas E. Pantelopoulos, Esquire
Sara M. Rocco, Esquire
KMA Zuckert LLC
1350 Broadway, Suite 2410
New York,  NY 10018
[NEP@kmazuckert.com](mailto:NEP@kmazuckert.com)
  [srocco@kmazuckert.com](mailto:srocco@kmazuckert.com)