UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GIOVANNI FAJARDO MORENO,

   Plaintiffs,

v.     Case No. 6:23-CV-2280-CEM-DCI

UNITED AIRLINES, INC.,

   Defendant.
_____

### DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiff Giovanni Fajardo, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   **RESPONSE**: Not applicable. Plaintiff Giovanni Fajardo is not a nongovernmental corporate party or nongovernmental corporation.

Fajardo, Giovanni vs. United Airlines
Case No.: 6:23-cv-2280-CEM-DCI
DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

   **RESPONSE**: Plaintiff Giovanni Fajardo – New York.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   **RESPONSE**:

   - Giovanni Fajardo
   - Searcy Denney Scarola Barnhart & Shipley, P.A.
   - Theron Hardee Bass, III, Esquire
   - Jonathan C. Reiter Law Firm, PLLC
   - Meryl Schwartz, Esquire

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   **RESPONSE**: None.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   **RESPONSE**: None.

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

Fajardo, Giovanni vs. United Airlines
Case No.: 6:23-cv-2280-CEM-DCI
DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

6. Identify each person arguably eligible for restitution:

   **RESPONSE**: Giovanni Fajardo

   ☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

/s/ T. Hardee Bass, III
_____
T. Hardee Bass, III, Esquire
Florida Bar No.: 0011055
Attorney E-Mail:
thb@searcylaw.com and
thbteam@searcylaw.com
Searcy Denney Scarola Barnhart
& Shipley, P.A.
2139 Palm Beach Lakes
Boulevard
West Palm Beach, FL 33409
Phone: (561) 686-6300 Work
Fax: (561) 383-9448
Attorneys for Plaintiff

Fajardo, Giovanni vs. United Airlines
Case No.: 6:23-cv-2280-CEM-DCI
DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

## **COUNSEL LIST**

Meryl I. Schwartz, Esquire
Jonathan C. Reither Law Firm, PLLC
350 Fifth Avenue, Suite 6400
New York, NY 20118
212-736-0979
mschwartz@jcreiterlaw.com

Nicholas E. Pantelopoulos, Esquire
Sara M. Rocco, Esquire
KMA Zuckert LLC
1350 Broadway, Suite 2410
New York, NY 10018
NEP@kmazuckert.com
srocco@kmazuckert.com