# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| GIOVANNI FAJARDO MORENO,<br><br>                     Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>                     Defendant. | Civil Action No. 6:23-cv-02280<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Nicholas E. Pantelopoulos of the firm KMA Zuckert LLC, 1350 Broadway, Suite 2410, New York, New York 10018 hereby enters an appearance in the above matter as counsel for Defendant UNITED AIRLINES, INC., and respectfully requests that the Court include counsel on all electronic and other notices generated in this case.

Dated: New York, New York
        December 1, 2023

                                                          KMA ZUCKERT LLC

                                                          /s/ *Nicholas E. Pantelopoulos*
                                                          Nicholas E. Pantelopoulos
                                                          nep@KMAZuckert.com
                                                          KMA Zuckert LLC
                                                          1350 Broadway, Suite 2410
                                                          New York, New York 10018

                                                          *Attorneys for Defendant,*
                                                          *United Airlines, Inc.*